

ZACHARY CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LINDA MINDRUTIU
Assistant Corporation Counsel
phone: (212) 356-2337
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

February 25, 2014

**BY ECF and EMAIL**
Honorable Katherine B. Forrest
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  Diaz et al v. The City of New York, et al.
             13-cv-01169-KBF

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York and Police Officer Evan Johnson in the above-referenced matter. I write to inform the Court that today the parties settled their dispute over plaintiff Porfirio Diaz' fees and expenses. The parties will submit the relevant settlement paperwork shortly.

      I thank the Court for its time and consideration.

                                  Respectfully submitted,

                                  Linda Mindrutiu
                                  *Assistant Corporation Counsel*
                                  Special Federal Litigation Division

cc:    *Via Email*
        David Zelman, attorney for plaintiffs